```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Proyecto CCC Empalme I,             :
S.A.P.I de CV,                      :
                                    :      24 CV 9739 (LAP)
                Plaintiff(s),       :
                                    :         ORDER
        -against-                   :
                                    :
Comission Federal Electricidad,     :
                                    :
                Defendant(s).       :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

       Counsel shall confer and inform Judge Preska by letter no later than <u>July 11, 2025</u> of the status of the action/remaining claims/defendants.

SO ORDERED.

                                    _____

                                    LORETTA A. PRESKA,

                                    Senior U.S.D.J.

Dated: 6/30/25

New York, New York