

**Lewis Baach Kaufmann Middlemiss PLLC**

Cristián Francos
202 659 6878
cristian.francos@lbkmlaw.com

October 15, 2025

**VIA ECF**

Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Proyecto CCC Empalme I, S.A.P.I. de C.V. v. Comision Federal de Electricidad*, Case No. 1:24-cv-09739-LAP: Letter-Motion for Extension of Time

Dear Judge Preska:

This firm represents Respondent Comision Federal de Electricidad ("CFE") in this proceeding. In accordance with Local Rule 7.1(d) and Paragraph 1.E of Your Honor's Individual Rules and Practices, I write to request an extension of time for CFE to respond to the Petition to Confirm and Enforce Foreign Arbitral Award ("Petition") (ECF No. 5).

On August 19, 2025, CFE was served with the Petition. CFE's deadline to respond to the Petition under 28 U.S.C. § 1608(d) and Fed. R. Civ. P. 6(a)(1)(C) is Monday, October 20, 2025. CFE respectfully requests that this deadline be extended 45 days, to December 4, 2025. CFE and Petitioner are substantially advanced in settlement discussions, and the requested extension would allow these discussions to continue and, if successful, would eliminate the need for relief from this Court. I conferred with counsel for Petitioner regarding this request, and he indicated that Petitioner would agree to a 45-day extension if CFE agrees not to challenge the validity of service of the Petition. CFE hereby agrees not to challenge service of process, but expressly reserves all other rights and defenses, including any objection to the exercise of personal jurisdiction over CFE.

This is CFE's first request for an extension. The parties are not yet scheduled to appear before the Court, so the present request will not impact any other deadlines.

SO ORDERED

10/16/25

/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

**Lewis
Baach
Kaufmann
Middlemiss**
PLLC

Hon. Loretta A. Preska
October 15, 2025
Page 2

Accordingly, CFE respectfully requests that the Court extend CFE's time to respond to the Petition by 45 days to December 4, 2025.

Sincerely,

*/s/ Cristián Francos*
Cristián Francos

CC (via ECF): Counsel of record