

**Lewis Baach Kaufmann Middlemiss** PLLC

Cristián Francos
202 659 6878
cristian.francos@lbkmlaw.com

December 1, 2025

**VIA ECF**

Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Proyecto CCC Empalme I, S.A.P.I. de C.V. v. Comision Federal de Electricidad*, **Case No. 1:24-cv-09739-LAP: Letter-Motion for an Extension of Time**

Dear Judge Preska:

This firm represents Respondent Comision Federal de Electricidad ("CFE") in this proceeding. In accordance with Local Rule 7.1(e) and Paragraph 1.E of Your Honor's Individual Rules and Practices, I write to request an extension of time for CFE to respond to the Petition to Confirm and Enforce Foreign Arbitral Award ("Petition") (ECF No. 5).

On August 19, 2025, CFE was served with the Petition. CFE's initial deadline to respond to the Petition under 28 U.S.C. § 1608(d) and Fed. R. Civ. P. 6(a)(1)(C) was October 20, 2025. On October 15, 2025, CFE requested a 45-day extension of that deadline, until December 4, 2025. Dkt. 13. In that request, CFE explained that the parties were substantially advanced in settlement discussions, and the requested extension would allow those discussions to continue. CFE further advised that Petitioner had consented to the extension on the condition that CFE agree not to challenge the validity of service of the Petition. CFE so agreed, but expressly reserved, and now continues to expressly reserve, all other rights and defenses, including any objection to the exercise of personal jurisdiction over CFE. On October 17, 2025, the Court entered an Order granting the requested extension. Dkt. 14.

This is CFE's second request for an extension. CFE respectfully requests that <u>the deadline to respond to the Petition be extended 15 days, until December 19, 2025</u>. The parties' settlement discussions are ongoing, and the requested extension would allow these discussions to continue and, if successful, would eliminate the need for relief from this Court. Counsel for Petitioner has agreed to the requested extension. The parties are not yet scheduled to appear before the Court, so the present request will not impact any other deadlines.

Accordingly, CFE respectfully requests that the Court extend CFE's time to respond to the Petition by 15 days to December 19, 2025.

Lewis
Baach
Kaufmann
Middlemiss
PLLC

Hon. Loretta A. Preska
December 1, 2025
Page 2

Sincerely,

*/s/ Cristián Francos*
Cristián Francos

CC (via ECF): Counsel of record

The underlined request is GRANTED. The Clerk
of the Court shall close docket number 15.
**SO ORDERED.**

*[signature]*
Loretta A. Preska, U.S.D.J.

December 2, 2025