BERNARDO M. CREMADES
BERNARDO M. CREMADES, JR.
PATRICK T. BYRNE
JAVIER JULIANI
JOSE MARIA LOPEZ USEROS
ANGEL M. TEJADA



GOYA, 18 (PLANTA 2) - 28001 MADRID
TEL: (+34) 914 237 200
FAX: (+34) 915 769 794
E-mail: bcremades@bcremades.com

February 25, 2026

**VIA ECF**

Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Proyecto CCC Empalme I, S.A.P.I. de C.V. v. Comision Federal de Electricidad*, Case No. 1:24-cv-09739-LAP: Letter-Motion for Extension of Time

Dear Judge Preska,

This firm represents Petitioner Proyecto CCC Empalme I, S.A.P.I. de C.V. ("**Empalme**") in this proceeding against Respondent Comision Federal de Electricidad ("**CFE**"). In accordance with Paragraph 1.E of Your Honor's Individual Rules and Practices, Empalme respectfully requests an extension of time to respond to CFE's Opposition to Petition to Confirm and Enforce Foreign Arbitral Award (the "**Opposition**") (ECF No. 25), which was filed on February 20, 2026.

Pursuant to Local Rule 6.1(b), Empalme's reply to the Opposition is due within 7 days of service. Accordingly, Empalme's reply is currently due February 27, 2026. However, Empalme respectfully requests a 60-day extension of this deadline, such that its reply would be due on or before April 28, 2026. This is Empalme's first request for an extension.

This request is made pursuant to an agreement between the parties.



CFE's response to Empalme's Petition to Confirm and Enforce Foreign Arbitral Award (the "**Petition**") was initially due on October 20, 2025 (*see* ECF No. 15). CFE first requested a 45-day extension for its response, Empalme agreed, and the Court granted this extension. *Id.* During discussions regarding CFE's second request for an extension (*i.e.*, for 15 days, until December 19, 2025) (ECF No. 15), Empalme communicated to CFE that it would agree to the requested extension in exchange for a reciprocal extension of the deadline for its reply, equal to the time granted to CFE thus far for its response (*i.e.*, 60 days). CFE agreed to this reciprocal extension, and the Court granted CFE's second request for an extension. (ECF. No. 16)

CFE obtained two additional extensions for its response, ultimately filing the Opposition on February 20, 2026. (ECF No. 25). Our firm contacted counsel for CFE on February 23, 2026, to confirm CFE's continued agreement to the reciprocal extension previously granted for Empalme's reply (*i.e.*, 60 days). Counsel for CFE confirmed this agreement and invited our firm to notify the Court of an agreed 60-day extension until April 28, 2026.

In addition, it should be noted that in CFE's Opposition, it claims that it expects full payment of the relevant arbitral award to be paid within 15 days of that filing. *Id.*, at 1. If this is the case, it would render these proceedings moot.

Accordingly, Empalme respectfully requests that the Court grant a 60-day extension of time to respond to the Opposition, with a new deadline of April 28, 2026.

Respectfully submitted,

*B. Cremades*

_____
Bernardo M. Cremades Jr.

CC (via ECF): Counsel of record