BERNARDO M. CREMADES
BERNARDO M. CREMADES, JR.
PATRICK T. BYRNE
JAVIER JULIANI
JOSE MARIA LOPEZ USEROS
ANGEL M. TEJADA



GOYA, 18 (PLANTA 2) - 28001 MADRID
TEL: (+34) 914 237 200
FAX: (+34) 915 769 794
E-mail: bcremades@bcremades.com

June 15, 2026

**VIA ECF**

Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: *Proyecto CCC Empalme I, S.A.P.I. de C.V. v. Comision Federal de Electricidad*, Case No. 1:24-cv-09739-LAP: Petitioner's Response to Respondent's Letter of June 11, 2026**

Dear Judge Preska,

This firm represents Petitioner Proyecto CCC Empalme I, S.A.P.I. de C.V. ("**Empalme**"). We write in response to Respondent Comisión Federal de Electricidad's ("**CFE**") letter dated June 11, 2026 (ECF No. 46) updating the Court regarding the ongoing proceedings in the Mexican courts as they relate to enforcement of the arbitral award at issue in these confirmation proceedings (ECF No. 5-2, the "**Award**").

As indicated in the Mexican court's decision, attached as Exhibit A to CFE's letter (ECF. No. 46-1), on June 3, 2026, the First District Judge of Mexico City acknowledged that Empalme had submitted an invoice in the amount of 474,543,638.81 Mexican Pesos and, accordingly, ordered the delivery of the corresponding deposit bond to Empalme.

However, the court also expressly recognized that Empalme had reserved its rights to pursue any outstanding claims arising from the judgment (ECF No. 46-

B. CREMADES Y ASOCIADOS, S.L. R.M.M. T.12864. F.199. HJ. M-206852. INS. 1. C.I.F.: B-81959355



1, p. 2). In particular, the Mexican court confirmed that the Award has not been paid in full, as the calculation and payment of interest (financial expenses) remains "unresolved in <u>this</u> proceeding." (ECF No. 46-1, pp. 2-3, emphasis added). In this regard, the court noted that such financial expenses are owed pursuant to the Award and the court's own judgment of September 8, 2025, in which it held:

*"Eighth. The defendant in the counterclaim,* [CFE]*, is ordered to pay the counterclaim plaintiff,* [Empalme]*, financial charges[1] under the terms established in subsection U of the final arbitral award dated March 14, 2023 issued in Case. No. 204661* [*i.e.*, the Award]*, as well as the memorandum (request for correction of the final award) dated June 12, 2023* [ECF No. 5-3, the "**Memorandum**"]. <u>*Such payment shall be made during the enforcement of the judgment and through the corresponding incidental proceedings.*</u>*"* (ECF No. 46-1, pp. 2-3, emphasis added).

This outcome is consistent with Mexican procedural law. Here, the Mexican court, as indicated in the excerpt above, has already found that financial expenses are owed under the Award and Memorandum. Under the applicable framework, such interest and its quantification must be determined through an ancillary proceeding. These quantification proceedings must be filed separately <u>but within the same docket as the underlying case</u>. Empalme has not yet initiated this ancillary proceeding and, as a result, the financial expenses awarded to Empalme in the Award remain unliquidated and unpaid. However, once these ancillary proceedings are commenced, they will be considered continuing enforcement of the Award itself.

---

[1] CFE's automated translation of the court's decision labeled these as "financial charges," but these are the same "financial expenses" referred to by both CFE and Empalme.



Accordingly, the Award unequivocally remains unsatisfied, as confirmed by the District Court of Mexico in the very decision submitted by CFE with its June 11, 2026 letter. This observation by the Mexican court is consistent with the description of the Mexican court proceedings provided to this Court by Empalme.

Respectfully submitted,

By: /s/ Bernardo M. Cremades Román
Bernardo M. Cremades Román

CC (via ECF): Counsel of record